## El Pueblo *v.* Justiniano.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 112.—Resuelto en noviembre 29, 1907.

Apelación — Pliego de Excepciones — Relación de Hechos — Errores Manifiestos.—No habiendo pliego de excepciones ni relación de hechos, y no apareciendo de los autos que se haya cometido error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Figueras, emitió la opinión del tribunal.

Esta causa se originó en la corte municipal de San Germán y pasó á la Corte de Distrito de Mayagüez, en virtud de recurso de apelación que interpuso el acusado Arturo Justiniano. Celebrado ante esta última corte un nuevo juicio, se le condenó en 14 de marzo de 1907, por un delito contra el derecho electoral, á la pena de un mes de cárcel y las costas.

También contra esta sentencia se interpuso recurso de apelación. Pero no se ha representado aquí pliego de excepciones, ni exposición del caso, ni siquiera alegato escrito.

La sentencia se ajusta al artículo 322 del Código de Enjuiciamiento Criminal, y del récord no aparece que se haya cometido ningún error fundamental.

Por cuya razón el fallo apelado, debe confirmarse, con las costas del recurso á cargo del apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, MacLeary y Wolf.